No. 95–6504. UZOWURU *v.* WILLIAMS BROTHERS CONSTRUCTION CO., INC., ET AL., 516 U. S. 1053. Motion for leave to file petition for rehearing denied.

APRIL 17, 1996

No. 95–1176. PALMER COMMUNICATIONS, INC., ET AL. *v.* TOTAL TV. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

APRIL 22, 1996

No. 95–642. FRIEND *v.* UNITED STATES. C. A. 8th Cir. Petition for rehearing granted, and the order entered January 22, 1996 [516 U. S. 1093], denying the petition for writ of certiorari is vacated. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. A–796. ELIAS *v.* UNITED STATES. Application for release pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.